IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM F. MADISON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | No. 04-3312-CV-S-SOW |
| ) | |
| BILL HEDRICK, ) | |
| ) | |
| Respondent. ) | |

ORDER

Before this Court is the Report and Recommendation of United States Magistrate James C. England regarding petitioner's Motion for Leave to Proceed In Forma Pauperis (Doc. #2). The Report and Recommendation of the Magistrate in this case is both thorough and well-reasoned. Although petitioner Madison has filed Exceptions to the Report and Recommendation, claiming that his case presents "unusual circumstances" that excuse him from exhausting his administrative remedies, he has failed to identify the claimed unusual circumstances.

This Court agrees with the Report and Recommendation provided by Magistrate England and sees no reason to comment further. Accordingly, it is hereby

ORDERED that petitioner's Motion to Proceed In Forma Pauperis (Doc. #2) is denied and the Petition for Writ of Habeas Corpus (Doc. #1) is dismissed without prejudice.

/s/Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Dated: 11-22-05